UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YANIER HERNANDEZ CAPOTE,

    Petitioner,

v.

    Civil No. 25-12531

    Honorable Denise Page Hood
    Mag. Judge Kimberly G. Altman

KRISTI NOEM, et al.,

    Respondents.

_____/

## STIPULATED ORDER OF DISMISSAL

The parties, through their counsel, stipulate and agree to dismissal of this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). Both parties shall bear their own costs and attorney fees.

    IT IS SO ORDERED.

    s/Denise Page Hood
    United States District Judge

Dated:  August 15, 2025

1

2

So stipulated and agreed:

| By: /s/ Caridad Pastor | By: /s/ Jennifer L. Newby |
|---|---|
| Caridad Pastor (P43551)<br>Pastor and Associates, P.C.<br>Attorneys for Petitioner<br>11 Broadway, Ste. 1005<br>New York, NY 10004<br>(248) 619-0065<br>carrie@pastorandassociates.com | Jennifer L. Newby (P68891)<br>Assistant United States Attorney<br>Attorney for Respondents<br>211 W. Fort St., Ste. 2001<br>Detroit, MI  48226<br>(313) 226-0295<br>Jennifer.Newby@usdoj.gov |